CALVIN P. PRESCOTT and ARTHUR W. PRESCOTT, Copartners Doing

Business under the Firm Name and Style of PRESCOTT SUPPLY COMPANY, Respondents, v. M. WILLIAM PROBST, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.